■ In the Matter of NEWSDAY, INC., Petitioner, v BRENDA SOLOFF, Respondent, and ROBERT MORGENTHAU, Intervenor. [765 NYS2d 489] —Application for an order pursuant to article 78 of the Civil Practice Law and Rules denied, the proceeding converted to an appeal pursuant to CPLR 103 (c) and consolidated with the pending appeal (Index No. 30112/03), and the cross motion granted to the extent indicated, without costs or disbursements. No opinion. Concur—Ellerin, J.P., Williams, Lerner, Friedman and Gonzalez, JJ.

■ In the Matter of ATTORNEYS IN VIOLATION OF JUDICIARY LAW § 468-A. RICHARD NORMAN EID, JR., Admitted on April 17, 1989, at a Term of the Appellate Division, First Department. [765 NYS2d 773] —Respondent deemed a retired attorney, nunc pro tunc to October 20, 1998. No opinion. Concur—Nardelli, J.P., Mazzarelli, Saxe, Ellerin and Williams, JJ. [*See* 240 AD2d 106.]

■ In the Matter of NORMAN I. LIDA (Admitted as NORMAN IRWIN LIDA), a Suspended Attorney. [765 NYS2d 773] —Application for reinstatement as an attorney and counselor-at-law in the State of New York granted only to the extent of referring this matter to a hearing panel for a hearing and report, as indicated. No opinion. Concur—Nardelli, J.P., Mazzarelli, Sullivan, Ellerin and Gonzalez, JJ.